UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60126-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        **O R D E R**

ALEX SHILMAN and
EDUARDO RAMOS,

      Defendants.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 106) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No objections have been filed to said Report. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 106) filed herein by United States Magistrate Judge Robin S. Rosenbaum, be and the same is hereby approved, ratified and adopted by the Court; and

2. Petitioner Yacht Club at Portofino Condominium Association, Inc.'s Petition To Adjudicate Validity Of Claimed Interest In Property (DE 90) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _14th_ day of October, 2009.

                                                WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:
The Honorable Robin S. Rosenbaum
United States Magistrate Judge
All Counsel of Record